UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSA SHIRMAN<br><br>　　　　　Plaintiff(s)<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br><br>　　　　　Defendant(s) | CASE No C 17-cv-04401-EMC<br><br>STIPULATION AND [PR~~OPO~~SED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☒ **Private ADR** (*specify process and provider*)
  Mediator to be Determined.

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

- ☐ other requested deadline:

Date: October 25, 2017       /s/ Bernard R. Schwam
　　　　　　　　　　　　　　Attorney for Plaintiff

Date: October 25, 2017       /s/ Tatiana Semerjian Nunneri
　　　　　　　　　　　　　　Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:　October 30, 2017
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

*Important!* E-file this form in ECF using the appropriate event entitled "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*